1006

[No. 67953-8-I.   Division One.   January 28, 2013.]

AAA KARTAK GLASS, INC., *Respondent*, v. 5TH & OLYMPIC, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-18331-1, Patrick H. Oishi, J., entered November 1, 2011. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Dwyer, J.

[Nos. 67967-8-I; 67968-6-I.   Division One.   January 28, 2013.]

*In the Matter of the Dependency of* P.T. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. TRINA LYNN WASHINGTON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 10-7-03330-9, Patricia H. Clark, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 68514-7-I.   Division One.   January 28, 2013.]

*In the Matter of the Welfare of* D.L.C.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. KRISTINA COURTNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-7-00188-6, Steven J. Mura, J., entered February 29, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Dwyer, J.